

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00449-CV

Ex Parte O. P.

On Appeal from the
404th District Court of Cameron County, Texas
Trial Cause No. 2019-DCL-02432-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, the Texas Department of Public Safety, although the agency is exempt from payment.

We further order this decision certified below for observance.

October 17, 2019